1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY Y. LEE (State Bar No. 209366)
   BRIGID S. BIERMANN (State Bar No. 231705)
3  Antitrust Division
   U.S. Department of Justice
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA  94102
   Telephone:  (415) 436-6660
6
7  Attorneys for the United States

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA          )   Case No.   CR  06-180
13                                   )
                                     )   [PROPOSED]
14           v.                      )   ORDER FOR EXPEDITED
                                     )   SENTENCING UNDER L.R. 32-1(b)
15                                   )
                                     )
16 SUN WOO LEE, YEONGHO KANG, and    )
   YOUNG WOO LEE,                    )
17                                   )
              Defendants.            )
18 _____)

19
         Based on the stipulation of the parties, and for good cause shown,
20
   IT IS ORDERED that the Court will sentence defendants Sun Woo Lee and Yeongho Kang on an
21
   expedited basis pursuant to Crim. L.R. 32-1(b), on April 5, 2006, without need for a presentence
22
   report.
23
           3/31/06
24 Date: _____, 2006

25
                                                 _____
26                                               Phyllis J. Hamilton
                                                 United States District Judge
27

28

                                                 3

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I, Niall E. Lynch, certify:

That I am a citizen of the United States and am employed by the U.S. Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, CA 94102; I am over the age of eighteen years; and am not a party to the within action.

That on March 29, 2006, I sent by fax and United States mail a copy of the following pleadings to each of the parties listed in the foregoing Stipulation.

**1. Stipulated and Proposed Order for Expedited Sentencing**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2006, at San Francisco, California.

_____